**GREENBERG TRAURIG, LLP**
LORI G. COHEN (*pro hac vice to be submitted*)
SARA K. THOMPSON (*admitted pro hac vice*)
cohenl@gtlaw.com
thompsons@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305
Telephone:   (678) 553-2100
Facsimile:    (678) 553-2393

ANNA YEUNG (SBN 294174)
yeunga@gtlaw.com
Four Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:   (415) 655-1300
Facsimile:    (415) 707-2010

Attorneys for Defendants
MEDTRONIC, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC PUERTO RICO OPERATIONS, CO., and
MEDTRONIC LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY KILMER,<br><br>        Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC USA, INC.; MEDTRONIC PUERTO RICO OPERATIONS, CO., and, MEDTRONIC LOGISTICS, LLC,<br><br>        Defendants. | Case No.:  1:20-CV-01277-AWI-HBK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 14, 2020 HEARING ON DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Assigned to Hon. Anthony W. Ishii |

Plaintiff Nancy Kilmer and Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Puerto Rico Operations Co., and Medtronic Logistics, LLC ("Medtronic") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit the following Joint Stipulation to the Court:

**WHEREAS,** Plaintiff filed her Complaint on September 8, 2020 (Dkt. 1);

**WHEREAS,** at Plaintiff's request, Medtronic executed waivers of service, which were filed on October 6, 2020 (Dkts. 5-9). Medtronic's responsive pleading deadline was November 9, 2020;

**WHEREAS,** Medtronic filed and served its Motion to Dismiss Plaintiff's Complaint (Dkt. 14) on November 9, 2020, and noticed the hearing on the Motion for December 14, 2020;

**WHEREAS,** Plaintiff timely filed her opposition brief on November 30, 2020 (Dkt. 20);

**WHEREAS,** Medtronic's reply brief is due December 7, 2020;

**WHEREAS,** due to unforeseen scheduling conflicts, Medtronic's counsel is unavailable to attend the hearing on Medtronic's Motion to Dismiss, which is currently set for December 14, 2020 at 1:30 p.m.;

**WHEREAS,** the Parties have conferred and agree to continue the hearing from December 14, 2020 to either January 25, 2021, or if that date is not preferred by the Court, to January 11, 2021;

**WHEREAS,** the Parties further agree that Medtronic's reply brief will be filed and served on or before December 14, 2020; and

**WHEREAS,** there have been no prior continuances requested by either Party in this litigation.

**NOW, THEREFORE,** the Parties agree and request that the hearing on Medtronic's Motion to Dismiss be continued to January 11, 2021 or January 25, 2021, with Medtronic's reply brief to be filed and served on or before December 14, 2020. The Parties also agree that, should either of the proposed hearing dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED:  December 4, 2020			**GREENBERG TRAURIG, LLP**

						By_____*/s/ Anna Yeung*_____
						   Anna Yeung
						   Sara K. Thompson

						Attorneys for Defendants
						MEDTRONIC, INC., MEDTRONIC USA, INC.,
						MEDTRONIC PUERTO RICO OPERATIONS, CO.,
						and MEDTRONIC LOGISTICS, LLC


DATED:  December 4, 2020			**MARTIN BAUGHMAN, PLLC**
						**VAN WEY LAW, PLLC**


						By_____*/s/ Laura J. Baughman*_____
						   Laura J. Baughman
						   Ellen A. Presby

						Attorneys for Plaintiff
						NANCY KILMER

## **ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby orders the hearing on Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Puerto Rico Operations Co., and Medtronic Logistics, LLC ("Medtronic") Motion to Dismiss be continued to January 11, 2021 at 1:30 p.m. in Courtroom 2.  Medtronic is to file its reply brief on or before December 14, 2020.

IT IS SO ORDERED.

Dated:   December 4, 2020                          _____
                                                                              SENIOR DISTRICT JUDGE