**GREENBERG TRAURIG, LLP**
LORI G. COHEN (*pro hac vice to be submitted*)
SARA K. THOMPSON (*admitted pro hac vice*)
cohenl@gtlaw.com
thompsons@gtlaw.com
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305
Telephone:    (678) 553-2100
Facsimile:    (678) 553-2393

ANNA YEUNG (SBN 294174)
yeunga@gtlaw.com
Four Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:    (415) 655-1300
Facsimile:    (415) 707-2010

Attorneys for Defendants
MEDTRONIC, INC.,
MEDTRONIC USA, INC.,
MEDTRONIC PUERTO RICO OPERATIONS, CO., and
MEDTRONIC LOGISTICS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY KILMER<br><br>　　　Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC USA, INC.; MEDTRONIC PUERTO RICO OPERATIONS, CO., and, MEDTRONIC LOGISTICS, LLC,<br><br>　　　Defendants. | Case No.:  1:20-CV-01277-AWI-HBK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Assigned to Hon. Anthony W. Ishii |

Plaintiff Nancy Kilmer and Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Puerto Rico Operations Co., and Medtronic Logistics, LLC ("Medtronic") (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit the following Joint Stipulation to the Court:

**WHEREAS,** Medtronic moved to dismiss Plaintiff's Complaint on November 9, 2020 (Dkt. 14), Plaintiff filed her Opposition on November 30, 2020 (Dkt. 20), and Medtronic filed its Reply on December 14, 2020 (Dkt. 25).

**WHEREAS,** on April 13, 2021, the Court entered an Order granting in part and denying in part Medtronic's Motion to Dismiss (Dkt. 30) (hereinafter, the "Order").

**WHEREAS,** the Order granted Plaintiff leave to file an amended complaint no later than May 13, 2021 (Dkt. 30 at 20:19-20);

**WHEREAS,** Plaintiff has not filed an amended complaint on or before the May 13, 2021 deadline;

**WHEREAS,** Medtronic seeks to file an Answer to the remaining causes of action in Plaintiff's original Complaint;

**WHEREAS,** the Parties have conferred and agree to continue the deadline for Medtronic to the remaining causes of action in Plaintiff's original Complaint by 14 days to May 27, 2021.

**WHEREAS,** there have been no prior continuances of the Answer deadline requested by either Party in this litigation.

**NOW, THEREFORE,** the Parties agree and request that the deadline for Medtronic to file an Answer to the remaining causes of action in Plaintiff's original Complaint be continued by 14 days to May 27, 2021.

**IT IS SO STIPULATED.**

DATED: May 14, 2021	**GREENBERG TRAURIG, LLP**

By _____/s/ Anna Yeung_____
    Anna Yeung
    Sara K. Thompson

    Attorneys for Defendants
    MEDTRONIC, INC., MEDTRONIC USA, INC.,
    MEDTRONIC PUERTO RICO OPERATIONS, CO.,
    and MEDTRONIC LOGISTICS, LLC

2
STIPULATION & [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS
ACTIVE 57522871v1

| | | |
|---|---|---|
| 1 | DATED: May 14, 2021 | **MARTIN BAUGHMAN, PLLC**<br>**VAN WEY LAW, PLLC** |
| 2 | | |
| 3 | | |
| 4 | | By_____*/s/ Laura J. Baughman*_____<br>　　　Laura J. Baughman |
| 5 | | 　　　Ellen A. Presby |
| 6 | | 　　　Attorneys for Plaintiff<br>　　　NANCY KILMER |

**~~PROPOSED~~ ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause, hereby orders that the deadline for Defendants Medtronic, Inc., Medtronic USA, Inc., Medtronic Puerto Rico Operations Co., and Medtronic Logistics, LLC to file an answer to the remaining causes of action in Plaintiff's original Complaint shall be continued to May 27, 2021.

IT IS SO ORDERED.

Dated: May 14, 2021

_____
SENIOR DISTRICT JUDGE